NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SHIRLEY ENOS,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

2015-7002

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-721, Chief Judge Bruce E. Kasold.

———————————

**JUDGMENT**

———————————

SANDRA E. BOOTH, Columbus, OH, argued for claimant-appellant.

ERIC PETER BRUSKIN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, SCOTT D. AUSTIN; Y. KEN LEE, RACHAEL

BRANT, AMANDA BLACKMON, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2015                  /s/ Daniel E. O'Toole
        Date                          Daniel E. O'Toole
                                      Clerk of Court